# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KIRSTEN HANSEN,**<br><br>Plaintiff,<br><br>vs.<br><br>**PGX HOLDINGS, INC., et al.,**<br><br>Defendants. | **ORDER ADMINSITRATIVELY CLOSING CASE**<br><br>Case No. 2:23-CV-337-DAK<br><br>Judge Dale A. Kimball |

Based on Defendants' Notice of Bankruptcy, the above-captioned case is **administratively** closed due to the pending bankruptcy of PGX Holdings, Inc. and its affiliates named as defendants in this action. The case will be removed from the list of active pending cases. Upon conclusion of the bankruptcy, the case may be reopened upon motion by any party.

Dated this 21st day of November 2023.

BY THE COURT:

_____

DALE A. KIMBALL
United States District Judge